## J. W. WHITICE v. STATE

169 So. 927

Opinion Filed June 18, 1936.

*Errol S. Willes,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant Attorney General, and *Angus Sumner,* State Attorney, for the State.

PER CURIAM.—Upon consideration of the entire record in this cause, we are convinced that the ends of justice require a new trial. So the judgment of the Circuit Court is hereby reversed. See Coker v. State, 83 Fla. 672, 93 Sou. Rep. 176; Howell v. State, 121 Fla. 327, 163 So. 691; Woodward v. State, 113 Fla. 301, 151 So. 509; Pass v.

State, 121 Fla. 336, 163 So. 583; Davis v. State, 76 Fla. 179; 79 So. 450.

Reversed.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD; and DAVIS, J. J., concur.